Michael L. Mallow (SBN 188745)
mmallow@sidley.com
Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9662
Facsimile: +1 310 595 9501

Rachael A. Rezabek (SBN 298711)
rrezabek@sidley.com
Alexandria V. Ruiz (SBN 313286)
aruiz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Attorneys for Defendant
MIDWAY IMPORTING, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKY RIVERA, BALMORE PRUDENCIO, AND MICHELLE QUINTERO, individually on behalf of themselves and all others similarly situated, and John Does (1-100) on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MIDWAY IMPORTING, INC.,<br><br>Defendant. | Case No.  2:18-cv-01469-AB-RAO<br><br>Assigned to: Hon. Andre Birotte, Jr.<br><br>**DEFENDANT MIDWAY IMPORTING, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed:  February 22, 2018 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for defendant Midway Importing, Inc. ("Midway"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following entities and individuals own 10% or more of Midway's stock:

1. Grisi USA LLC
2. Grisi Hnos S.A. de C.V.
3. Distribuidora de Alimentos Naturales y Nutricionales S.A. de C.V.
4. Instituto Español
5. Christopher Hartmann

Dated: May 7, 2018          SIDLEY AUSTIN LLP

By: */s/ Rachael A. Rezabek*
Rachael A. Rezabek
Attorneys for Defendant
MIDWAY IMPORTING, INC.

1

DEFENDANT MIDWAY IMPORTING, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT, Case No. 2:18-cv-01469-AB-RAO