1  David R. Shoop, Esq., SBN 220576
   Thomas S. Alch, Esq., SBN 136860
2  Shoop A Professional Law Corporation
   350 S. Beverly Drive
3  Suite 330
   Beverly Hills, CA 90212
4  Tel: (310) 277-1700

5  Attorneys for Plaintiffs and the Class

6  Michael L. Mallow (SBN 188745)
   *mmallow@sidley.com*
7  Amy P. Lally (SBN 198555)
   *alally@sidley.com*
8  SIDLEY AUSTIN LLP
   1999 Avenue of the Stars, 17th Floor
9  Los Angeles, CA 90067
   Telephone: +1 310 595 9662
10 Facsimile: +1 310 595 9501

11 Rachael A. Rezabek (SBN 298711)
   *rrezabek@sidley.com*
12 Alexandria V. Ruiz (SBN 313286)
   *aruiz@sidley.com*
13 SIDLEY AUSTIN LLP
   555 West Fifth Street, 40th Floor
14 Los Angeles, CA 90013
   Telephone: +1 213 896 6666
15 Facsimile: +1 213 896 6600

16 Attorneys for Defendant
   MIDWAY IMPORTING, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICKY RIVERA, BALMORE PRUDENCIO, AND MICHELLE QUINTERO, individually on behalf of themselves and all others similarly situated, and John Does (1-100) on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>        vs.<br><br>MIDWAY IMPORTING, INC.,<br><br>                Defendant. | Case No.  2:18-cv-01469-AB-RAO<br><br>Assigned to: Hon. Andre Birotte, Jr.<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  February 22, 2018 |

1  Plaintiffs Nicky Rivera, Balmore Prudencio, and Michelle Quintero (together,
2  "Plaintiffs") and Defendant Midway Importing, Inc. ("Defendant"), through their
3  respective counsel of record hereby stipulate and agree as follows:
4  WHEREAS, Plaintiffs filed the First Amended Complaint in this matter on
5  April 6, 2018;
6  WHEREAS, Defendant filed a Motion to Dismiss Plaintiffs' First Amended
7  Complaint on May 7, 2018;
8  WHEREAS, pursuant to the Court's March 26, 2018 order (Dkt. 10) Plaintiffs'
9  opposition to Defendant's Motion to Dismiss the First Amended Complaint is due
10 June 7, 2018;
11 WHEREAS, Defendant's reply to Plaintiffs' opposition, if any, is due June 21,
12 2018;
13 WHEREAS, Defendant noticed the hearing on the Motion to Dismiss for July
14 6, 2018;
15 WHEREAS, a scheduling conference is currently scheduled before the Court on
16 August 10, 2018 at 10:00 AM;
17 WHEREAS, counsel for the parties have agreed to an extension of time for
18 Plaintiffs to file an opposition to the Motion to Dismiss, and for Defendants to file a
19 reply thereto;
20 WHEREAS, the parties represent that this stipulation is made in the interest of
21 justice, not to delay the proceedings, and will not prejudice any party;
22 THEREFORE: the parties, through their undersigned counsel, hereby agree and
23 stipulate and request that the Court order that:
24 1.  Plaintiffs shall file an opposition to the Motion to Dismiss on or before
25 June 21, 2018;
26 2.  Defendant shall file a reply to Plaintiffs' opposition on or before July 19,
27 2018; and
28

1
JOINT STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, Case No. 2:18-cv-01469-AB-RAO

3. The hearing on Defendant's Motion to Dismiss the First Amended Complaint shall be continued from July 7, 2018 to August 10, 2018 at 10:00 a.m., to coincide with the scheduling conference in this matter.

**IT IS SO STIPULATED.**

DATED: June 1, 2018          SHOOP A PROFESSIONAL LAW CORPORATION

By:  */s/ David R. Shoop*
     David R. Shoop
     Thomas S. Alch

DATED: June 1, 2018          THE SULTZER LAW GROUP P.C.

By:  */s/ Jeremy Francis*
     Jason P. Sultzer
     Joseph Lipari
     Adam Gonnelli
     Jeremy Francis
     Attorneys for Plaintiffs and the Class

DATED: June 1, 2018          LEEDS BROWN LAW, P.C.

By:  */s/ Jeffrey Brown*
     Jeffrey Brown
     Attorneys for Plaintiffs and the Class

DATED: June 1, 2018          SIDLEY AUSTIN LLP

By: */s/ Rachael A. Rezabek*
    Michael L. Mallow
    Amy P. Lally
    Rachael A. Rezabek
    Attorneys for Defendant
    MIDWAY IMPORTING, INC.

# ATTESTATION STATEMENT

Pursuant to Local Rule 5-4.3.4a0(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ David R. Shoop*

3

JOINT STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, Case No. 2:18-cv-01469-AB-RAO