Michael L. Mallow (SBN 188745)
*mmallow@sidley.com*
Amy P. Lally (SBN 198555)
*alally@sidley.com*
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9662
Facsimile: +1 310 595 9501

Rachael A. Rezabek (SBN 298711)
*rrezabek@sidley.com*
Alexandria V. Ruiz (SBN 313286)
*aruiz@sidley.com*
SIDLEY AUSTIN LLP
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Attorneys for Defendant
MIDWAY IMPORTING, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKY RIVERA, BALMORE PRUDENCIO, AND MICHELLE QUINTERO, individually on behalf of themselves and all others similarly situated, and John Does (1-100) on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>MIDWAY IMPORTING, INC.,<br><br>            Defendant. | Case No.  2:18-cv-01469-AB-RAO<br><br>Assigned to: Hon. Andre Birotte, Jr.<br><br>**NOTICE REGARDING AUGUST 10, 2018 ORAL ARGUMENT**<br><br><br>Date:        August 10, 2018<br>Time:        10:00 a.m.<br>Ctrm.:       7B<br><br>Complaint Filed:  February 22, 2018 |

1    Pursuant to Paragraph 3 of this Court's standing order, Defendant Midway

2   Importing, Inc. hereby provides notice that Rachael A. Rezabek of Sidley Austin LLP

3   will be arguing the Motion to Dismiss in the above-captioned case on behalf of

4   Defendant Midway Importing, Inc.  Ms. Rezabek is a 2014 graduate of University of

5   Southern California, Gould School of Law.

6

7

8                                                  Respectfully submitted,

9    DATED: August 2, 2018                SIDLEY AUSTIN LLP

10

11                                                 By:*/s/ Rachael A. Rezabek*
                                                          Rachael A. Rezabek
12                                                        Attorneys for Defendant
13                                                        MIDWAY IMPORTING, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28