UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 18-01469-AB (RAOx) | Date: | August 10, 2018 |
|---|---|---|---|

| Title: | Nicky Rivera et al v. Midway Importing, Inc. |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Thomas S Alch | Amy P Lally |
| | Rachael A Rezabek |

**Proceedings:**     SCHEDULING CONFERENCE;
DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST
AMENDED COMPLAINT [18]

        The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the
case being called.

        The Court having carefully considered the papers and the evidence submitted by
the parties, and having heard the oral argument of counsel, hereby takes the scheduling
conference and motion under submission.