1    David R. Shoop, Esq., SBN 220576
     *david.shoop@shooplaw.com*
2    Thomas S. Alch, Esq., SBN 136860
     SHOOP A PROFESSIONAL
3    LAW CORPORATION
     350 S. Beverly Drive, Suite 330
4    Beverly Hills, CA 90212
     Tel.: (310) 277-1700
5    Fax: (310) 277-8500

6    Attorneys for Plaintiffs and the Class

7    Michael L. Mallow (SBN 188745)
     *mmallow@sidley.com*
8    Amy P. Lally (SBN 198555)
     *alally@sidley.com*
9    SIDLEY AUSTIN LLP
     1999 Avenue of the Stars, 17th Floor
10   Los Angeles, CA 90067
     Tel.: (310) 595-9500
11   Fax: (310) 595-9501

12   Attorneys for Defendant
     MIDWAY IMPORTING, INC.

13

14   *See next page for list of additional counsel*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Balmore Prudencio, and Michelle Quintero, individually on behalf of themselves and all others similarly situated, and John Does (1-100) on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>        -against-<br><br>Midway Importing, Inc. and Grisi USA, LLC,<br><br>               Defendants. | Case No. 2:18-cv-01469-AB-RAO<br><br>Assigned to: Hon. Andre Birotte, Jr.<br><br>**STIPULATION EXTENDING THE TIME FOR DEFENDANT MIDWAY IMPORTING, INC. TO FILE A MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: February 22, 2018 |

1  Attorneys for Plaintiffs and the Class:

2  Jason P. Sultzer, Esq
   *sultzerj@thesultzerlawgroup.com*
3  Joseph Lipari, Esq.
   Adam Gonnelli, Esq.
4  Jeremy Francis, Esq.
   THE SULTZER LAW GROUP P.C.
5  85 Civic Center Plaza, Suite 104
   Poughkeepsie, NY 12601
6  Tel.:  (845) 483-7100
   Fax:  (888) 749-7747
7
   Jeffrey Brown, Esq.
8  *jbrown@leedsbrownlaw.com*
   LEEDS BROWN LAW, P.C.
9  One Old Country Road, Suite 347
   Carle Place, NY 11514
10 Tel:  (516) 873-9550

11 Attorneys for Defendant
   MIDWAY IMPORTING, INC.:
12
   Alexandria V. Ruiz (SBN 313286)
13 *aruiz@sidley.com*
   SIDLEY AUSTIN LLP
14 555 West Fifth Street, 40th Floor
   Los Angeles, CA 90013
15 Tel.:  (213) 896-6000
   Fax:  (213) 896-6600

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING THE TIME FOR DEFENDANT MIDWAY TO FILE A MOTION TO DISMISS
Case No. 2:18-cv-01469-AB-RAO

1    This stipulation is made and entered into and between Plaintiffs

2  Balmore Prudencio and Michelle Quintero (together, "Plaintiffs") and Defendants

3  Grisi USA, LLC and Midway Importing, Inc., (together "Defendants"), by and

4  through their respective counsel, with reference to each of the following:

5    WHEREAS, Defendant Midway filed a motion to dismiss Plaintiffs' First

6  Amended Complaint on May 7, 2018;

7    WHEREAS, on August 21, 2018, the Court dismissed Plaintiffs' First Amended

8  Complaint with leave to amend;

9    WHEREAS, on September 11, 2018, Plaintiffs filed a Second Amended

10  Complaint (the "SAC") adding Grisi USA, LLC as a defendant;

11    WHEREAS, Midway's deadline to respond to the SAC is September 25, 2018,

12  while Grisi USA's deadline to respond to the SAC is October 12, 2018;

13    WHEREAS, in order for Defendants to have an adequate opportunity to jointly

14  respond to the SAC, Defendants requested and Plaintiffs agreed to a uniform deadline

15  for Defendants to respond to the SAC on October 12, 2018;

16    WHEREAS, the parties represent that this stipulation is made in the interest of

17  justice, not to delay the proceedings, and will not prejudice any party;

18    THEREFORE: the parties, through their undersigned counsel, hereby agree and

19  stipulate and request that the Court order that:

20    1.    Defendant shall respond to the SAC on or before October 12, 2018;

21    2.    In light of the foregoing, Defendant Midway's September 25, 2018

22  deadline to respond to the SAC is vacated.

23  ///

24  ///

25  ///

26

27

28

**IT IS SO STIPULATED.**

DATED: September 21, 2018          SHOOP A PROFESSIONAL LAW
                                  CORPORATION


                                  By:   */s/ David R. Shoop*
                                        David R. Shoop
                                        Attorneys for Plaintiffs and the Class

DATED: September 21, 2018          THE SULTZER LAW GROUP P.C.


                                  By:   */s/ Jeremy Francis*
                                        Jason P. Sultzer
                                        Joseph Lipari
                                        Adam Gonnelli
                                        Jeremy Francis
                                        Attorneys for Plaintiffs and the Class

/ / /

/ / /

/ / /

DATED: September 21, 2018          LEEDS BROWN LAW, P.C.


                                  By:  /s/ Jeffrey Brown
                                       Jeffrey Brown
                                       Attorneys for Plaintiffs and the Class

DATED: September 21, 2018          SIDLEY AUSTIN LLP


                                  By:  /s/ Amy Lally
                                       Amy P. Lally
                                       Attorneys for Defendant
                                       MIDWAY IMPORTING, INC.


## **FILER'S ATTESTATION**

        Pursuant to Local Rule 5-4.3.4(a)(2) of the Central District of California, I attest that I have concurrence in the filing of this document.


                                       By:/s/ Amy P. Lally