# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Balmore Prudencio, and Michelle Quintero, individually on behalf of themselves and all others similarly situated, and John Does (1-100) on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  -against-<br><br>Midway Importing, Inc. and Grisi USA, LLC<br><br>        Defendants. | Case No. 2:18-cv-01469-AB-RAO<br><br>Assigned to: Hon. Andre Birotte, Jr.<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION EXTENDING THE TIME FOR DEFENDANT MIDWAY IMPORTING, INC. TO FILE A MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: February 22, 2018 |

The Court has read and considered the Stipulation Extending the Time for Defendant Midway Importing, Inc. to File a Motion to Dismiss the Second Amended Complaint ("SAC").

Good cause appearing, IT IS ORDERED that:

1. Defendant shall respond to the SAC on or before October 12, 2018; and
2. In light of the foregoing, Defendant Midway's September 25, 2018 deadline to respond to the SAC is vacated.

**IT IS SO ORDERED.**

DATED: September 27, 2018

The Honorable Andre Birotte Jr.
United States District Court Judge