1  David R. Shoop, Esq., SBN 220576
*david.shoop@shooplaw.com*
2  Thomas S. Alch, Esq., SBN 136860
SHOOP A PROFESSIONAL
3  LAW CORPORATION
350 S. Beverly Drive, Suite 330
4  Beverly Hills, CA 90212
Tel.:  (310) 277-1700
5  Fax:  (310) 277-8500

6  Attorneys for Plaintiffs and the Class

7  Michael L. Mallow (SBN 188745)
*mmallow@sidley.com*
8  Amy P. Lally (SBN 198555)
*alally@sidley.com*
9  Rachel A. Straus (SBN 268836)
*rstraus@sidley.com*
10 SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
11 Los Angeles, CA 90067
Tel.:  (310) 595-9500
12 Fax:  (310) 595-9501

13 Attorneys for Defendants
MIDWAY IMPORTING, INC. and
14 GRISI USA, LLC

15 *See next page for list of additional counsel*

16

17                    **UNITED STATES DISTRICT COURT**

18                    **CENTRAL DISTRICT OF CALIFORNIA**

19

20 Balmore Prudencio, and Michelle
Quintero, individually on behalf of
21 themselves and all others similarly
situated, and John Does (1-100) on behalf
22 of themselves and all others similarly
situated,

23                 Plaintiffs,

24       -against-

25 Midway Importing, Inc. and Grisi USA,
LLC,
26
27                 Defendants.

28

Case No.  2:18-cv-01469-AB-RAO

Assigned to: Hon. André Birotte, Jr.

**STIPULATION SETTING
BRIEFING SCHEDULE FOR
MOTION TO DISMISS SECOND
AMENDED CLASS ACTION
COMPLAINT**

Complaint Filed:  February 22, 2018

1   Attorneys for Plaintiffs and the Class:

2   Jason P. Sultzer, Esq
    *sultzerj@thesultzerlawgroup.com*
3   Joseph Lipari, Esq.
    Adam Gonnelli, Esq.
4   Jeremy Francis, Esq.
    THE SULTZER LAW GROUP P.C.
5   85 Civic Center Plaza, Suite 104
    Poughkeepsie, NY 12601
6   Tel.:  (845) 483-7100
    Fax:  (888) 749-7747
7
    Jeffrey Brown, Esq.
8   *jbrown@leedsbrownlaw.com*
    LEEDS BROWN LAW, P.C.
9   One Old Country Road, Suite 347
    Carle Place, NY 11514
10  Tel:  (516) 873-9550

11  Attorneys for Defendants
    MIDWAY IMPORTING, INC. and
12  GRISI USA, LLC

13  Alexandria V. Ruiz (SBN 313286)
    *aruiz@sidley.com*
14  SIDLEY AUSTIN LLP
    555 West Fifth Street, 40th Floor
15  Los Angeles, CA 90013
    Tel.:  (213) 896-6000
16  Fax:  (213) 896-6600

17

18

19

20

21

22

23

24

25

26

27

28

2

1    This stipulation is made and entered into and between Plaintiffs

2  Balmore Prudencio and Michelle Quintero (together, "Plaintiffs") and Defendants

3  Grisi USA, LLC and Midway Importing, Inc., (together "Defendants"), by and

4  through their respective counsel, with reference to each of the following:

5    WHEREAS, Plaintiffs filed a Second Amended Complaint (the "SAC") in the

6  this matter on September 11, 2018;

7    WHEREAS, pursuant to the Court's September 27, 2018 Order (Dkt. No. 41),

8  Defendants filed a Motion to Dismiss Plaintiffs' Second Amended Class Action

9  Complaint on October 12, 2018;

10    WHEREAS, Defendants noticed the hearing on the Motion to Dismiss

11  December 14, 2018;

12    WHEREAS, counsel for the parties have agreed to an extension of time for

13  Plaintiffs to file an opposition to the Motion to Dismiss, and for Defendants to file a

14  reply thereto;

15    WHEREAS, the parties represent that this stipulation is made in the interest of

16  justice, not to delay the proceedings, and will not prejudice any party;

17    THEREFORE: the parties, through their undersigned counsel, hereby agree and

18  stipulate and request that the Court order that:

19    1.    Plaintiffs shall file an opposition to the Motion to Dismiss the Second

20  Amended Class Action Complaint on or before November 7, 2018; and

21    2.    Defendants shall file a reply to Plaintiffs' opposition on or before

22  November 30, 2018.

23  / / /

24  / / /

25  / / /

26

27

28

1

STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS
SECOND AMENDED CLASS ACTION COMPLAINT - CASE NO. 2:18-CV-01469-AB-RAO

**IT IS SO STIPULATED.**

DATED: October 12, 2018          SHOOP A PROFESSIONAL LAW
                                 CORPORATION


                            By:  */s/ David R. Shoop*
                                 David R. Shoop
                                 Attorneys for Plaintiffs and the Class

DATED: October 12, 2018          THE SULTZER LAW GROUP P.C.


                            By:  */s/ Jeremy Francis*
                                 Jason P. Sultzer
                                 Joseph Lipari
                                 Adam Gonnelli
                                 Jeremy Francis
                                 Attorneys for Plaintiffs and the Class

/ / /

/ / /

/ / /

STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS
SECOND AMENDED CLASS ACTION COMPLAINT - 2:18-cv-01469-AB-RAO

DATED: October 12, 2018        LEEDS BROWN LAW, P.C.


                               By:  */s/ Jeffrey Brown*
                                    Jeffrey Brown
                                    Attorneys for Plaintiffs and the Class

DATED: October 12, 2018        SIDLEY AUSTIN LLP


                               By:  */s/ Rachel A. Straus*
                                    Rachel A. Straus
                                    Attorneys for Defendants
                                    MIDWAY IMPORTING, INC. and
                                    GRISI USA, LLC


## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2) of the Central District of California, I attest that I have concurrence in the filing of this document.


                                    By: */s/ Rachel Straus*

3