1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Balmore Prudencio, and Michelle Quintero, individually on behalf of themselves and all others similarly situated, and John Does (1-100) on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    -against-<br><br>Midway Importing, Inc. and Grisi USA, LLC,<br><br>    Defendants. | Case No.  2:18-cv-01469-AB-RAO<br><br>Assigned to: Hon. André Birotte, Jr.<br><br>**[PROPOSED] ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Complaint Filed:  February 22, 2018 |

236560558

ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT - 2:18-CV-01469-AB-RAO

Having read and considered the Stipulation Setting Briefing Schedule for the Motion to Dismiss the Second Amended Class Action Complaint filed by Plaintiffs Balmore Prudencio, Michelle Quintero and the Class ("Plaintiffs") and Defendants Grisi USA, LLC and Midway Importing, Inc. ("Defendants"):

Good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiffs shall file an opposition to the Motion to Dismiss the Second Amended Class Action Complaint on or before November 7, 2018; and

2. Defendants shall file a reply to Plaintiffs' opposition on or before November 30, 2018.

DATED: October 15, 2018

_____
The Honorable André Birotte Jr.
United States District Court Judge
1

ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE FOR
MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT - 2:18-CV-01469-AB-RAO