1  Michael L. Mallow (SBN 188745)
   *mmallow@sidley.com*
2  Amy P. Lally (SBN 198555)
   *alally@sidley.com*
3  Rachel A. Straus (SBN 268836)
   *rstraus@sidley.com*
4  SIDLEY AUSTIN LLP
   1999 Avenue of the Stars, 17th Floor
5  Los Angeles, CA 90067
   Telephone: +1 310 595 9662
6  Facsimile: +1 310 595 9501

7  Alexandria V. Ruiz (SBN 313286)
   *aruiz@sidley.com*
8  SIDLEY AUSTIN LLP
   555 West Fifth Street, 40th Floor
9  Los Angeles, CA 90013
   Telephone: +1 213 896 6666
10 Facsimile: +1 213 896 6600

11 Attorneys for Defendant
   MIDWAY IMPORTING, INC. and
12 GRISI USA, LLC

13

14            **UNITED STATES DISTRICT COURT**

15            **CENTRAL DISTRICT OF CALIFORNIA**

16

17 Balmore Prudencio and Michelle Quintero,   Case No.  2:18-cv-01469-AB-RAO
   individually on behalf of themselves and
18 all others similarly situated, and John Does   Assigned to: Hon. André Birotte, Jr.
   (1-100) on behalf of themselves and all
   others similarly situated,                    **NOTICE OF LODGING**
19
                Plaintiffs,
20                                                Complaint Filed:  February 22, 2018
         vs.
21
   Midway Importing, Inc. and Grisi USA,
22 LLC

23            Defendants.

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to this Court's order, dated December 19, 2018, granting Defendants Grisi USA, LLC and Midway Importing, Inc.'s (collectively "Defendants") Motion to Dismiss Second Amended Class Action Complaint and dismissing the Second Amended Complaint with prejudice, Defendants hereby lodge a proposed final judgment. The proposed final judgment is attached as Exhibit A.

DATED: December 26, 2018          SIDLEY AUSTIN LLP


                                 By:*/s/ Rachel A. Straus*
                                     Rachel A. Straus
                                     Attorneys for Defendant
                                     MIDWAY IMPORTING, INC. and
                                     GRISI USA, LLC