# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Balmore Prudencio and Michelle Quintero, individually on behalf of themselves and all others similarly situated, and John Does (1-100) on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Midway Importing, Inc. and Grisi USA, LLC<br><br>    Defendants. | Case No. 2:18-cv-01469-AB-RAO<br><br>[~~PROPOSED~~] **FINAL JUDGMENT IN FAVOR OF DEFENDANTS MIDWAY IMPORTING, INC. AND GRISI USA, LLC** |

Defendants Grisi USA, LLC and Midway Importing, Inc. (collectively "Defendants") Motion to Dismiss Second Amended Class Action Complaint (the "Motion") came on for hearing on December 14, 2018 at 8:00 am in Courtroom 7B of the above-entitled Court, the Honorable André Birotte Jr. presiding. On December 19, 2018, after full consideration of the Motion and arguments of counsel, the Court granted Defendants' Motion and dismissed the Second Amended Class Action Complaint with prejudice.

Accordingly, IT IS HEREBY ORDERED that Final Judgment be entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: January 08, 2019

_____
Honorable André Birotte Jr.
United States District Judge