EXHIBIT A

September 19, 2018

CHIA MEI JUI, CSR, CCRR, FCRR
Official Court Reporter, U.S. District Court
350 West 1st Street, Room 4311
Los Angeles, California 90012
(213) 894-2826
cmjui.csr@gmail.com
Tax ID No. 90-0838726

SIDLEY AUSTIN LLP
ATTN:  HAE JUNG PARK
555 West Fifth Street
Los Angeles, California 90013
(213) 896-6703


Re:  Nicky Rivera, et al., v Midway Importing, Inc., Case No. CV 18-1469-AB


Reporter's Transcript of Proceedings had August 10, 2018, before the Hon. Andre Birotte, Jr., Judge

$261.00


Paid Check No.  112131


# T H A N K   Y O U

Check 112131

| VOUCHER | INVOICE | DATE | DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| 3059720 | 261000918 | 09/18/18 | Reporter's Transcript | 261.00 |
| 749040 | CHIA MEI JUI | | | 261.00 |

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

SIDLEY AUSTIN LLP
**SIDLEY**
CHICAGO, ILLINOIS 60603

112131

JPMorgan Chase Bank, NA
Chicago, IL 60670

73-426 / 839

DATE 09/18/2018
AMOUNT ********$261.00

PAY ONLY **261.00**

Void Over $261.00    Void After 180 Days

PAY TO THE ORDER OF

CHIA MEI JUI
US OFFICIAL FEDERAL COURT REPORTER TO THE HON ANDRE BIROTTE
US DISTRICT COURT CENTRAL DIST OF CALIFORNIA 350 W 1ST ST RM
LOS ANGELES, CA 90012
749040

⑈000112131⑈ ⑆071000013⑆ 428423029⑈



SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013
+1 213 896 6000
+1 213 896 6600 FAX

AMERICA • ASIA PACIFIC • EUROPE

JPOLZIN@SIDLEY.COM
DIRECT DIAL: (213) 896-6712

January 17, 2019

Chia Mei Jui, CSR
United States District Court
Central District of California
350 West 1st Street, Room 4455
Los Angeles, CA 90012

      Re:    Prudencio, et al. v. Midway Importing, et al.;
              USDC Case No. 18-cv-01469-AB-RAO

Dear Ms. Jui:

      Enclosed is check number 112311 in the amount of $76.50 for the transcript of the hearing held on December 14, 2018, in connection with the above-referenced matter.

                                                  Sincerely,

                                                  Jennifer Polzin

                                                  Jennifer L. Polzin
                                                  Legal Secretary to Alexandria V. Ruiz

/jp

enc.

Sidley Austin (CA) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

239154642

| VOUCHER | INVOICE | DATE | DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| 3104721 | 76500119 | 01/17/19 | | 76.50 |
| 749040 | CHIA MEI JUI | | | 76.50 |

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

112311

SIDLEY AUSTIN LLP
SIDLEY
CHICAGO, ILLINOIS 60603

JPMorgan Chase Bank, NA
Chicago, IL 60670

73-426/839

DATE                AMOUNT
01/17/2019    *********$76.50

PAY ONLY SEVEN 76 50 CTS

Void Over $76.50    Void After 180 Days

PAY TO THE ORDER OF

CHIA MEI JUI
US OFFICIAL FEDERAL COURT REPORTER TO THE HON ANDRE BIROTTE
US DISTRICT COURT CENTRAL DIST OF CALIFORNIA 350 W 1ST ST RM
LOS ANGELES, CA 90012
749040

⑆000112311⑆ ⑈071000013⑈    428423029⑈