David R. Shoop (SBN 220576)
david.shoop@shooplaw.com
Thomas S. Alch (SBN 135860)
thomas.alch@shooplaw.com
**SHOOP, A PROFESSIONAL LAW CORPORATION**
350 S. Beverly Drive, Suite 330
Beverly Hills, CA 90212
Tel: (310) 277-1700

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALMORE PRUDENCIO, AND MICHELLE QUINTERO, individually on behalf of themselves and all others similarly situated, and John Does (1-100) on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Midway Importing, Inc. and Grisi, USA, LLC,<br><br>Defendants. | Case No. 2:18-cv-01469-AB-RAO<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Balmore Prudencio and Michelle Quintero appeal to the United States Court of Appeals for the Ninth Circuit from an order granting Defendants' motion to dismiss the second amended complaint (Dkt. 56) and the final judgment entered in favor of Defendants (Dkt. 58), attached as Exhibit A and B, respectively.

Plaintiffs' Representation Statement is attached to this notice as required by Ninth Circuit Rule 3-2(b)

Dated: February 5, 2019

By /s/      David R. Shoop
David R. Shoop, SBN 220576
Thomas S. Alch, SBN 135860
SHOOP, A PROFESSIONAL LAW CORPORATION
350 S. Beverly Drive, Suite 330
Beverly Hills, CA 90212
Tel: (310) 277-1700

Jason Sultzer
Adam R. Gonnelli
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: 845-483-7100
*sultzerj@thesultzerlawgroup.com*
*Counsel for Plaintiffs and the Class*