UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BALMORE PRUDENCIO and MICHELLE QUINTERO, individually on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>MIDWAY IMPORTING, INC. and GRISI USA, LLC,<br><br>        Defendants - Appellees. | No. 19-55150<br><br>D.C. No. 2:18-cv-01469-AB-RAO<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered October 26, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

                By: Craig Westbrooke
                Deputy Clerk
                Ninth Circuit Rule 27-7